# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0019
Lower Tribunal No. 2020-CA-005300

_____

DIEUVELLA MORICETTE,

Appellant,

v.

ELAYNE CONRIQUE,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Jay P. Cohen and Eric J. Netcher, Judges.

January 27, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and BROWNLEE, JJ., concur.

Jerry Girley, of The Girley Law Firm, P.A., Orlando, for Appellant.

Jose G. Oliveira, of Parti & Oliveira, PLLC, Orlando, Raymer F. Maguire, III, of Maguire Eminent Domain, P.A., Orlando, and Armando R. Payas, of Payas Payas & Payas, Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED